IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMY BERMUDEZ,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    Case No. 18-cv-04141-HLT<br>) |
| CITY OF TOPEKA, KANSAS,<br>    Defendant. | )<br>) |

## ORDER FOR PRODUCTION OF
## KANSAS HUMAN RIGHTS COMMISSION FILE

On this 28th day of February, 2019, at the joint request of the parties, the Court orders the Kansas Human Rights Commission ("KHRC") to produce to any party to this action, or any attorney representing such a party, all records in its possession concerning *Amy Bermudez v. Topeka Fire Department*, KHRC Case 40007-18, EEOC Cases 563-2018-01601 and 563-2018-01609, to include, but not be limited to, correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related thereto. The KHRC shall allow copies of the same to be made at the expense of the party receiving the documents. The KHRC may withhold materials deemed by it to be conciliatory or deliberative in nature, or which are the work product of KHRC legal staff or attorneys, or which are within KHRC's attorney-client privilege.

**IT IS SO ORDERED.**

Dated February 28, 2019, at Kansas City, Kansas.

                                                            s/ James P. O'Hara
                                                            James P. O'Hara
                                                            U.S. Magistrate Judge